UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>A. CAMARGO, et al.,<br><br>Defendants. | No. 1:19-cv-00266-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2019, the assigned magistrate judge screened plaintiff's complaint and found that he had stated cognizable claims for retaliation in his Claim I against defendants A. Barona, A. Camargo, C. Morrow, C. Munoz, A. Randolph, and D. Saucedo. (Doc. No. 9.) The magistrate judge also found that the complaint failed to state any other cognizable claim against any other defendant. (*Id.* at 3–4.) Plaintiff was granted leave to file a first amended complaint, notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order, or stand on complaint subject to dismissal of claims and defendants. (*Id.* at 12.) The court directed plaintiff to file his response within twenty-one days and indicated that failure to comply would result in a recommendation that this action proceed only on the claims found

1

cognizable by the court.  (*Id.* at 8–9.)  Plaintiff failed to file an amended complaint within twenty-one days or otherwise respond to the court's order.

        Consequently, on October 18, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed solely on plaintiff's retaliation claims brought against defendants A. Barona, A. Camargo, C. Morrow, C. Munoz, A. Randolph, and D. Saucedo.  (Doc. No. 10.)  The magistrate judge also recommended that all other claims and defendants be dismissed with prejudice.  (*Id.* at 2.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.*)  No objections have been filed and the time in which to do so has now passed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

        Accordingly,

1. The findings and recommendations issued on October 18, 2019 (Doc. No. 10) are adopted in full;
2. This action shall proceed on plaintiff's claims for retaliation in Claim I against defendants A. Barona, A. Camargo, C. Morrow, C. Munoz, A. Randolph, and D. Saucedo;
3. All other claims and defendants are dismissed with prejudice for failure to state cognizable claims for relief; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **January 16, 2020**　　　　　　　　　　/s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE