UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CAMARGO, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00266-DAD-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 31) |

　　Defendants move the Court to modify its discovery and scheduling order. (Doc. 31.) Although the time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l), neither is necessary here. Upon review of the motion, including defense counsel's declaration, the Court finds good cause to grant Defendants' request.

　　Accordingly, the Court GRANTS the motion and sets the following new deadlines:

1. The deadline to file motions challenging the exhaustion of administrative remedies is **November 26, 2020**;

2. The deadline to amend the pleadings is **December 23, 2020**[1];

3. The deadline to complete discovery, including filing motions to compel, is **January 26, 2021**; and,

---

[1] Amended pleadings must comply with Federal Rule of Civil Procedure 15 and Local Rule 220.

4. The deadline to file pre-trial dispositive motions is **March 29, 2021**.

IT IS SO ORDERED.

Dated:   **August 28, 2020**                           /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE