UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. CAMARGO, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00266-DAD-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 33) |

　　　Defendants move to modify the discovery and scheduling order to extend the deadline for filing an exhaustion-based motion for summary judgment. (Doc. 33.) This is Defendants' second motion to extend the deadline. Upon review of Defendants' motion, including defense counsel's declaration, the Court finds good cause to grant Defendants' request.

　　　Accordingly, the Court GRANTS Defendants' motion to modify the discovery and scheduling order. The deadline to file motions challenging the exhaustion of administrative remedies is now **January 11, 2021**. All other deadlines remain in effect. The Court does not anticipate granting a third extension of the exhaustion-based dispositive motion deadline.

IT IS SO ORDERED.

Dated:　**November 30, 2020**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE